UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NUMBER: 05-11401-MLW

SENECA INSURANCE COMPANY
As Subrogee of Surfside Condominium
Association,

      Plaintiff,

v.

BROAN-NUTONE, LLC,

      Defendant.

**NOTICE OF APPEARANCE OF COUNSEL FOR
THE DEFENDANT BROAN-NUTONE, LLC**

TO:   Civil Clerk's Office
       United States District Court
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way
       Boston, MA  02210

      Please enter the appearance of Christopher A. Duggan, Esq. as counsel for the defendant, Broan-NuTone, LLC.

                   Respectfully submitted,
                   BROAN-NUTONE, LLC,
                   By its attorneys,

                   /s/ Christopher A. Duggan
                   Christopher A. Duggan
                   BBO No. 544150
                   SMITH & DUGGAN LLP
                   Lincoln North
                   55 Old Bedford Road
                   Lincoln, MA  01773-1125
                   (617) 228-4400

Dated: July 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served by first class mail, postage prepaid, the documents listed below upon all parties as set forth below on this the 12th day of July, 2005.

Document Served:

NOTICE OF APPEARANCE OF COUNSEL FOR THE DEFENDANT BROAN-NUTONE LLC

Served:

Michael Milner
TESE & MILNER
One Minetta Lane
New York, NY 10012

Thomas P. Lynch
LYNCH ROWIN LLP
630 Third Avenue
New York, NY 10017

/s/ Christopher A. Duggan
Christopher A. Duggan
BBO No. 544150