UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NUMBER: 05-11401-MLW

SENECA INSURANCE COMPANY
As Subrogee of Surfside Condominium
Association,

        Plaintiff,

v.

BROAN-NUTONE, LLC,

        Defendant.

### NOTICE OF APPEARANCE OF COUNSEL FOR THE DEFENDANT BROAN-NUTONE, LLC

TO:   Civil Clerk's Office
       United States District Court
       John Joseph Moakley U.S. Courthouse
       1 Courthouse Way
       Boston, MA 02210

      Please enter the appearance of Tamara Lee Ricciardone, Esq. as counsel for the defendant, Broan-NuTone, LLC.

                                       Respectfully submitted,
                                       BROAN-NUTONE, LLC,
                                       By its attorneys,

                                       /s/ Tamara Lee Ricciardone
                                       Tamara Lee Ricciardone
                                       BBO No. 562203
                                       SMITH & DUGGAN LLP
                                       Lincoln North
                                       55 Old Bedford Road
                                       Lincoln, MA 01773-1125
                                       (617) 228-4400

Dated: July 12, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served by first class mail, postage prepaid, the documents listed below upon all parties as set forth below on this the 12th day of July, 2005.

Document Served:

NOTICE OF APPEARANCE OF COUNSEL FOR THE DEFENDANT BROAN-NUTONE LLC

Served:

Michael Milner
TESE & MILNER
One Minetta Lane
New York, NY 10012

Thomas P. Lynch
LYNCH ROWIN LLP
630 Third Avenue
New York, NY 10017

/s/ Tamara Lee Ricciardone
Tamara Lee Ricciardone
BBO No. 562203