UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SENECA INSURANCE COMPANY, )
As subrogee of SURFSIDE )
CONDOMINIUM ASSOCIATION, )
                                                        )
                        Plaintiff, )
                                                        )    05 CV 11401-MLW
vs. )
                                                         )
BROAN-NUTONE, LLC )
                                                         )
                        Defendant. )

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney appears on behalf of the Plaintiff Seneca Insurance Company in the above referenced matter.

Respectfully submitted,

Seneca Insurance Company, Plaintiff,
By its attorney,

Dated: 8-26-05

/s/ Michael S. Field
Michael S. Field –BBO#164600
Field & Schultz
183 State Street, 2nd Floor
Boston, MA 02109
(617) 723-3900

CERTIFICATE OF SERVICE

I, Michael S. Field, attorney for the Plaintiff, Seneca Insurance Company, do hereby certify this 26th day of August 2005 that I have served a true copy of the foregoing document upon the attorney of record for each other party named below, via first class mail postage prepaid:

Christopher A. Duggan
Smith & Duggan
Lincoln North
55 Old Bedford Road
Lincoln, MA 01773-1125

Tamara L. Ricciardone
Smith & Duggan
Two Center Plaza
Boston, MA 02108

_____
Michael S. Field