IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SENECA INSURANCE COMPANY,<br>As subrogee of SURFSIDE<br>CONDOMINIUM ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>BROAN-NUTONE, LLC<br><br>        Defendant. | 1:05-cv-11401-MLW |

**ATTORNEY CERTIFICATION FOR ADMISSION OF INGA L. PARSONS**
*PRO HAC VICE*

COMES NOW, Inga L. Parsons, an attorney not a member of the bar, and hereby submits this Attorney Certification pursuant to Local Rule 83.5.3(b) for admission to this bar in the particular above-captioned case. In support thereof, Inga L. Parsons certifies under the penalties of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am a member in good standing of the New York State Bar and have been a member since July 1990 continuously to the present date, without suspension or disciplinary action of any nature whatsoever.

2. I am also a member in good standing of the bar of the United States District Court for the Southern District of New York since October 1990 and the Eastern District of New York since January 1996 continuously to the present date, without suspension or disciplinary action of any nature whatsoever.

3. I am also a member in good standing with the United States Court of Appeal for the District of Columbia Circuit since May 2005 and the Supreme Court of the United States since May 1996 continuously to the present date, without suspension or disciplinary action of any nature whatsoever.

4. I certify that there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I further certify that I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

## CERTIFICATION

I swear that the above statements are true and correct to the best of my knowledge and belief under the penalties of perjury pursuant to 28 U.S.C. § 1746.

DATED this 3rd day of August, 2005.

_____
Inga L. Parsons