UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NUMBER: 05-11401-MLW

SENECA INSURANCE COMPANY
As Subrogee of Surfside Condominium
Association,

      Plaintiff,

v.

BROAN-NUTONE LLC,

      Defendant.

**DEFENDANT BROAN-NUTONE, LLC'S
NOTICE OF OBJECTION OF REASSIGNMENT**

Defendant Broan-Nutone, LLC elects not to consent to a transfer of this case to the Magistrate for all purposes.

Respectfully submitted,
BROAN-NUTONE, LLC
By its attorney

*/s/ Christopher A. Duggan*

Christopher A. Duggan
Smith & Duggan LLP
Lincoln North
55 Old Bedford Road
Lincoln, MA 01773
Telephone: 617.228.4400
Facsimile: 781.259.1112

Dated: October 19, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served by first class mail, postage prepaid, the documents listed below upon all parties as set forth below on this, the 19th day of October, 2005.

Document Served:
DEFENDANT BROAN-NUTONE, LLC'S NOTICE OF OBJECTION OF REASSIGNMENT

Served:
Michael S. Field, Esq.
Field & Schultz
183 State Street
Boston, MA 02109

/s/ Christopher A. Duggan
Christopher A. Duggan
BBO No. 544150