UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2005-CV-11401 MLW

SENECA INSURANCE COMPANY
Plaintiff

V.

BROAN-NUTONE, LLC.
Defendant

**ORDER ON RECUSAL**

November 18, 2005

ALEXANDER, M.J.

This Court hereby recuses itself from consideration of the above-entitled action pursuant to 28 U.S.C.A. § 455(a). Accordingly, the case file is returned to the District Court (Wolf, D.J.).

SO ORDERED.

/S/ Joyce London Alexander
United States Magistrate Judge