UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

SENECA INSURANCE CO.,

V.                                                    CA No. 05-11401-MLW

BRAON NU-TONE, LLC

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)      X        Referred for full pretrial case management, including all dispositive motions.

(B)               Referred for full pretrial case management, not including dispositive motions:

(C)               Referred for discovery purposes only.

(D)               Referred for Report and Recommendation on:

                  (  ) Motion(s) for injunctive relief
                  (  ) Motion(s) for judgment on the pleadings
                  (  ) Motion(s) for summary judgment
                  (  ) Motion(s) to permit maintenance of a class action
                  (  ) Motion(s) to suppress evidence
                  (  ) Motion(s) to dismiss
                  (  ) Post Conviction Proceedings[1]
                   See Documents Numbered:_____

(E)               Case referred for events only.  See Doc. No(s). _____

(F)               Case referred for settlement.

(G)               Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                  (  ) In accordance with Rule 53, F.R.Civ.P.
                  (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)               Special Instructions:_____


November 28, 2005_____                 By:      /s/ Dennis O'Leary_____
Date                                                Deputy Clerk      **(order-ref-mag.wpd - 05/2003)**

_____

[1]    See reverse side of order for instructions