UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| SENECA INSURANCE COMPANY as subrogee of SURFSIDE CONDOMINIUM ASSOCIATION,<br><br>  Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC,<br><br>  Defendant. | C.A. NO. 05-11401-MLW |

### DEFENDANT BROAN-NUTONE LLC'S
### MOTION TO COMPEL RESPONSES TO DISCOVERY REQUESTS

Broan-NuTone LLC ("Broan") moves pursuant to Fed. R. Civ. P. 37(a) and Local Rule 37.1(B) for an order compelling plaintiff Seneca Insurance Company ("Seneca") to produce answers to interrogatories and responses to a request for production of documents served upon it by Broan pursuant to Fed. R. Civ. P. 33 and 34.

As grounds, Broan-Nutone LLC relies upon the reasons set forth in its supporting Memorandum that accompanies this Motion.

                              Broan-NuTone LLC,
                              by its attorneys,


                              /s/ Christopher A. Duggan
                              Christopher A. Duggan (BBO No. 544150)
                              Tamara Lee Ricciardone (BBO No. 562203)
                              SMITH & DUGGAN LLP
                              Lincoln North
                              55 Old Bedford Road
                              Lincoln, MA 01773
                              (617) 228-4400

Dated: January 24, 2007

1