UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NUMBER: 05-11401-MLW

SENECA INSURANCE COMPANY
As Subrogee of Surfside Condominium
Association,

    Plaintiff,

v.

BROAN-NUTONE LLC,

    Defendant.

## LR 7.1(A)(2) CERTIFICATE OF CONSULTATION WITH RESPECT TO BROAN-NUTONE LLC'S MOTION FOR SUMMARY JUDGMENT

I, Christopher A. Duggan, attorney for defendant Broan-NuTone LLC, hereby certify that counsel for Broan have conferred with the attorneys for plaintiff Seneca Insurance in accordance with Local Rule 7.1(A)(2).

    Counsel for Broan-NuTone LLC,

    /s/ Christopher A. Duggan

    Christopher A. Duggan
    BBO No. 544150
    SMITH & DUGGAN LLP
    Lincoln North
    55 Old Bedford Road
    Lincoln, MA  01773-1125
    (617) 228-4400

Dated: February 6, 2007