UNITED STATES DISTRICT COURT
COMMONWEALTH OF MASSACHUSETTS

C.A. NUMBER: 05-11401-MLW

| | |
|---|---|
| SENECA INSURANCE COMPANY<br>As Subrogee of Surfside Condominium<br>Association,<br>                Plaintiff,<br><br>v.<br><br>BROAN-NUTONE LLC,<br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO FILE OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Seneca Insurance Company and Defendant Broan-NuTone, LLC jointly move to extend the time for the Plaintiff to file an opposition to Defendant's Motion for Summary Judgment by an additional ten (10) days (from February 20, 2007 to March 2, 2007), or until sometime thereafter as the Court desires.

As grounds, the parties are discussing a potential resolution of the case and both parties are in agreement that an extension may avoid any further involvement of the Court with respect to Defendant's Summary Judgment Motion.

                                                      Respectfully submitted,

| BROAN-NUTONE, LLC | SENECA INSURANCE COMPANY |
|---|---|
| /s/ Tamara Lee Ricciardone | /s/ Michael S. Field |
| Tamara Lee Ricciardone, Esq. | Michael S. Field, Esq. |
| BBO #562203 | BBO #164600 |
| SMITH & DUGGAN LLP | FIELD & SCHULTZ |
| 55 Old Bedford Road | 183 State Street, 2nd Floor |
| Lincoln, MA 01773 | Boston, MA 02109 |
| (617) 228-4400 | (617) 723-3900 |