```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

SENECA INSURANCE COMPANY,
As Subrogee of SURFSIDE
CONDOMINIUM ASSOCIATION,
    Plaintiff,

    v.
                                       CIVIL ACTION NO.
                                       05-11401-MBB

BROAN-NUTONE, LLC,
    Defendant.


## FINAL JUDGMENT

### November 28, 2007

**BOWLER, U.S.M.J.**

    In accordance with the rulings made by this court, the issues duly heard and decisions rendered,

    It is **ORDERED** and **ADJUDGED** that plaintiff Seneca Insurance Company, as Subrogee of Surfside Condominium Association, take nothing, that this action be dismissed on the merits, and that defendant Broan-Nutone, LLC recover of plaintiff its costs under Rule 54(d)(1), Fed. R. Civ. P.


                                            /s/ Marianne B. Bowler
                                            **MARIANNE B. BOWLER**
                                            United States Magistrate Judge